## Frank E. Wingert, Appellee, v. Emma Wingert, Appellant.

### Gen. No. 9,728.

Heard in this court at October term, 1941; opinion filed January 14, 1942. Dixon, Devine, Bracken & Dixon, for appellant; E. E. Wingert, for appellee. Opinion by PRESIDING JUSTICE HUFFMAN. "Not to be published in full."